THE PRESI-
DENT, &C., OF
THE CRAW-
FORDSVILLE,
&C., RAIL-
ROAD CO.
v.
WRIGHT.

Monday,
June 12.

DOE on the demise of SMITH and Another *v.* Ross and Another.

ERROR to the *Ripley* Circuit Court.

*Per Curiam.*—This case was tried while the old constitution was in force. We have looked through the record and become satisfied with the decision below.

The judgment is affirmed with costs.

*D. Kelso* and *E. Dumont*, for the plaintiff.

*G. Holland*, for the defendant.